WAWD (Rev. 12/11) IFP and Written Consent

# UNITED STATES DISTRICT COURT
### Western District of Washington

_Karen Marie Isaacson_

Plaintiff

vs.

_Secretary of Housing and urban Development_

Defendant(s)

Case Number: **16-cv-1254-JLR**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) _KAREN MARIE (M) ISAACSON_ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is _briefly_ stated as follows: _I was Refused an FHA TITLE II EQUITY CONVERSION MORTGAGE WITHOUT DUE PROCESS – No appeal allowed_

In support of this application, I answer _all_ of the following questions:

1. Are you presently employed?

☐ Yes  Total amount of net monthly salary (take home pay) $ _____

  Name and address of employer _____

☒ No  Date of last employment _2008_  Total amount of last net monthly salary $ _3920⁰⁰_

2. If married, is your spouse presently employed?  ☒ Not married

☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____

  Name and address of employer _____

☐ No  Date of spouse's last employment _____  Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment          $ _0_
b. Income from rent, interest or dividends               $ _0_
c. Pensions, annuities or life insurance payments        $ _0_
d. Disability, unemployment, workers compensation or public assistance  $ _0_
e. Gifts or inheritances                                 $ _0_
f. Money received from child support or alimony          $ _0_
g. Describe any other source of income _____        $ _0_

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ _5.⁰⁰_     Checking Account $ _8567.⁰⁰_     Savings Account $ _5,082.28_

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☒ Yes
☐ No

2000 Subaru Stationwagon
19246 NE 159$ St., Woodinville

$ 2000.00
$ 457,000.⁰⁰

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☐ Yes
☒ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

HOUSE INSURANCE, CAR INSURANCE, PHONE/INTERNET, HOME DEPOT CARD, WASTE MANAGEMENT, gas
I'm on food benefits

$ 50⁰⁰ gas.
$ 343.⁰⁰

8. Provide any other information that will help explain why you cannot pay court fees and costs.

Please see attached.

I declare under penalty of perjury that the foregoing is true and correct.

__8/7/2016__
**Executed on: (Date)**

_____
**Signature of Plaintiff**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I, (print your name) _KAREN MARIE (M.) ISAACSON_

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

__8/7/2016__
**Executed on: (Date)**

_____
**Signature of Plaintiff**

When I was refused an FHA Title II mortgage in mid-May, I was running out of money from my divorce. I anticipated approximately $125,000 from the mortgage for the first year's payment. The full value of the mortgage would be approximately $250,000.

I am currently on food benefits, Hopelink is paying for my energy bill, and I cannot pay two of my credit cards (one has a balance of over $17,000, the other one's about $750). I have been forced to take on $12,000 in student loans I didn't want to continue my education, and due to University of Washington's policy, cannot work during my student teaching year (my senior year, which I start this fall).

I have been out of work since 2009, and in college since 2011.

I cannot access the equity in my house because the FHA refused me an equity conversion mortgage; my house is a manufactured home, and the loan refusal is the reason I am pursuing this complaint with the Court.

I believe that it would be impossible to find a lender to loan me money because of my long-term unemployment, the fact that my credit has been ruined by the mortgage refusal, and non-FHA lenders will not loan on my property because it includes a manufactured home.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Karen Marie (M.) Isaacson

8/7/2016

Date